# EXHIBIT B

## Confidentiality Notice

The information contained in this transmission, including any attachments, is intended solely for the payroll department or person(s) overseeing payroll. Any unauthorized review, use, disclosure, distribution, or copying is strictly prohibited. If you are not the intended recipient, or have received this message in error please contact Valley Servicing immediately at contact@valleyservicing.com or 800-943-0692 and destroy all copies of the original message and any attachments.

# Attn: hr/payroll

Fax Number:

Date: 12/29/2022

Pages: 7

Re: Employee Wage Assignment

**MEMO:**

hr/payroll

Attached are wage assignment documents regarding one of your employees.  Please process the wage assignment accordingly.  In order to assist you, we have included the following:

1. Wage Assignment Demand Notice;
2. Employment Confirmation; and
3. Executed Wage Assignment Agreement

Please let us know if you need any additional information or there is anything we can do to make the process easier.  Thank you for your help and attention to this matter.

Sincerely,

Valley Servicing
Email: contact@valleyservicing.com
Toll Free: 1-800-943-0692
Fax: 1-866-618-8062

Servicer For:

West Side Lending
PO Box 8490
Mesa, AZ  85214

## WAGE ASSIGNMENT DEMAND NOTICE

Freedom Auto Sales

2480 E Northern AVe
Kingman, AZ 86409

Re: Wage Assignment; SEAN SULLIVAN, xxx-xx-4990

Dear Employer:

This is a notice of demand ("Demand") on a wage assignment executed by SEAN SULLIVAN ("Employee") provided to West Side Lending on 03/24/2022 concerning Loan Agreement, WS-R2B70EF6. Under the Wage Assignment, you as Employer are authorized and instructed to deduct amounts from the Employee's wages in accordance with the Wage Assignment, this Demand, and applicable law.

The total amount of debt under the Loan Agreement now due and owing is $3,415.24. The amount due may increase as a result of additional interest, fees, penalties and/or other costs assessed in accordance with the Loan Agreement.

You are to begin deductions on the first pay day after you receive this Demand.  If the first pay day is within 10 days after you receive this, you may begin deductions on the second pay day after receipt.  You are to continue deductions until the debt is paid in full unless otherwise limited by applicable law.

Enclosed is a copy of the Wage Assignment executed by SEAN SULLIVAN. The Wage Assignment was electronically signed by SEAN SULLIVAN in accordance with The Electronic Signatures in Global and National Commerce Act.

The employee was notified that you would be receiving this Demand prior to it being sent.

Please read all the enclosed documents carefully as they contain important information about this Wage Assignment. You can contact us about the wage assignment process at the following number : 800-943-0692.


Thank you for your attention to this matter,

West Side Lending

# WAGE ASSIGNMENT

| | |
|---|---|
| Date: 12/29/2022 | Reference Number: WS-R2B70EF6 |
| Employee: SEAN SULLIVAN | Acct Specialist:  vanessa |
| Employee SSN:  xxx-xx-4990 | Email: contact@valleyservicing.com |
| | Toll Free: 800-943-0692 |
| **\*\*\* TOTAL OWED: $3,415.24 \*\*\*** | Fax: 866-618-8062 |
| Employer:  **Freedom Auto Sales** | West Side Lending<br>PO Box 8490<br>Mesa, AZ  85214 |
| Fax: | |
| Address:  2480 E Northern AVe | |
| Address:  Kingman, AZ 86409 | |

Wage Assignment Amount.

   TOTAL DUE:  $3,415.24

**The Wage Assignment Amount for each pay period is 15% of the employee's disposable pay (not to exceed 15%).**

**Make checks payable to: West Side Lending**

**Please mail checks to:**

West Side Lending
PO Box 8490
Mesa, AZ  85214



# EMPLOYER CONFIRMATION

PLEASE COMPLETE AND RETURN THIS COMFIRMATION TO West Side Lending WITHIN 10 DAYS OF RECEIPT

Date: 12/29/2022

| Employee: | Employee SSN: |
|---|---|
| SEAN SULLIVAN | xxx-xx-4990 |

*To be completed by employer:*

| Date Received: | Reference Number: |
|---|---|
|  | WS-R2B70EF6 |
| **Employer:** | **Employer EIN/TIN:** |
|  |  |

Check One:

_____ The above named employee is currently employed with this employer, and deductions

will start on _____ day of _____, in the year _____,

OR

_____ The above named employee is no longer employed with this employer.

If the employee is no longer employed with this Employer, please complete the following:

| **Employment Termination Date:** | **Employee's current employer (if known):** |
|---|---|
|  |  |
| **Employer Comments:** ||
|  ||

HR/Payroll Signature                                   Date

HR/Payroll Print Name                                  HR/Payroll Phone Number

Send completed confirmation by fax or mail to:
West Side Lending
Fax: (866) 618-8062
Mail: PO Box 8490, Mesa, AZ  85214



## WAGE ASSIGNMENT

If your selected method of payment(s) (i.e. ACH Authorization, Remotely-Created Payment Order, etc.) under your Loan Agreement with Menominee Tribe of Wisconsin dated 03/24/2022 is dishonored or returned unpaid and you have not otherwise made payment in full, then you authorize and instruct your current employer, Freedom Auto Sales or any subsequent employer to deduct amounts owing to Menominee Tribe of Wisconsin from your wages and pay the amounts directly to Menominee Tribe of Wisconsin on your behalf until such amounts are paid in full unless otherwise limited by applicable law. You will be notified prior to this Wage Assignment being sent to your employer.

**NOTE: THIS WAGE ASSIGNMENT IS REVOCABLE AT WILL.** You may revoke this Wage Assignment by sending a written revocation to Menominee Tribe of Wisconsin d/b/a West Side Lending, PO Box 8490, Mesa, AZ  85214. The written revocation must state your name, date of your loan agreement, and a statement that you wish to revoke the Wage Assignment.

**BY TYPING YOUR NAME AND CLICKING THE [SUBMIT] BUTTON BELOW YOU ARE ELECTONICALLY ACKNOWLEDGING AND UNDERSTAND THAT YOU ARE PROVIDING Menominee Tribe of Wisconsin WITH THIS WAGE ASSIGNMENT.  PLEASE PRINT A COPY OF THIS WAGE ASSIGNMENT FOR YOUR RECORDS.**

Borrower, SEAN SULLIVAN , signed electronically from
IP address 172.58.76.188 at 3/24/2022

Lender signed electronically from IP address  at 3/24/2022

# Confidentiality Notice

The information contained in this transmission, including any attachments, is intended solely for the payroll department or person(s) overseeing payroll. Any unauthorized review, use, disclosure, distribution, or copying is strictly prohibited. If you are not the intended recipient, or have received this message in error please contact Valley Servicing immediately at contact@valleyservicing.com or 800-943-0692 and destroy all copies of the original message and any attachments.