**SPENCER FANE LLP**
Dina Aouad (No. 036249)
2415 E. Camelback Road, Suite 600
Phoenix, Arizona 85016-4251
Telephone: (602) 333-5430
Facsimile: (602) 333-5431
daouad@spencerfane.com

*Attorneys for Defendants*
*West Side Lending, LLC, Wolf River*
*Development Company and New*
*Platform Fund, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEAN SULLIVAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WEST SIDE LENDING, LLC, WOLF RIVER DEVELOPMENT COMPANY, NEW PLATFORM FUND, LLC, NORTH AMERICAN BANKING COMPANY, VIKING CLIENT SERVICES, LLC AND RED CYPRESS GROUP D/B/A VALLEY SERVICING; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 3:23-cv-08635-JJT<br><br>**NOTICE OF APPEARANCE** |

Dina G. Aouad of the law firm of Spencer Fane LLP hereby gives notice of her appearance as counsel of record for Defendants West Side Lending, LLC, Wolf River Development Company and New Platform Fund, LLC. All pleadings, notices, and other communications should be sent to:

Dina G. Aouad
SPENCER FANE LLP
2415 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
(602) 333-5430
daouad@spencerfane.com

1 | DATED this 22nd day of March, 2024.

SPENCER FANE LLP

By: */s/ Dina G. Aouad*
    Dina G. Aouad
    *Attorneys for Defendants*
    *West Side Lending, LLC, Wolf River*
    *Development Company and New*
    *Platform Fund, LLC*

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and a copy was also electronically served to the following CM/ECF registrants:

David J. McGlothlin
Ryan L. McBride
Kazerouni Law Group, APC
301 E. Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
david@kazlg.com
ryan@kazlg.com
*Attorneys for Plaintiff*

By: */s/ Cris Gentis*
    Cris Gentis

KC 21877200.1