David J. McGlothlin, Esq. (SBN: 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
301 E. Bethany Home Rd, Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Sean Sullivan

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

### PRESCOTT DIVISION

| | |
|---|---|
| **Sean Sullivan**, individually and on behalf of a class similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**West Side Lending, LLC, Wolf River Development Company, New Platform Fund, LLC, North American Banking Company, Viking Client Services, LLC, and Red Cypress Group, doing business as Valley Servicing,**<br>Defendants. | CASE NO: **3:23-CV-08635-JJT**<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. John J. Tuchi |

TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Sean Sullivan ("Plaintiff"), Defendant West Side Lending, LLC ("West Side Lending"), Defendant Wolf River Development Company ("Wolf River"), Defendant New Platform Fund, LLC ("New Platform"), Defendant North American Banking Company ("NABC"), Defendant Viking Client Services, LLC *doing business as* Viking Billing Services ("Viking") and Defendant Red Cypress Group *doing business as* Valley Servicing

("Valley") (jointly as the "Defendants") (collectively as the "Parties") have reached a settlement in principle in the above-captioned action. The Parties request sixty (60) days to finalize the settlement and anticipate filing a Stipulation of Dismissal within sixty (60) days of the date of this notice. Plaintiff requests that any pending dates and deadlines be vacated and that the Court set a deadline on or after July 2, 2024 for the Parties to dismiss Plaintiff's claims against Defendants.


Date: May 3, 2024                              **Kazerouni Law Group**


                                  By:    /s/Ryan L. McBride
                                         Ryan L. McBride, Esq.
                                         *Attorneys for Plaintiff*