# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Sullivan,<br><br>   Plaintiff,<br><br>v.<br><br>West Side Lending LLC, *et al.*,<br><br>   Defendants. | No. CV-23-08635-PCT-JJT<br><br>**ORDER** |

Upon review of Plaintiff's Notice of Voluntary Dismissal (Doc. 23), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled matter is hereby dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims of the putative class's claim. The parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 10th day of July, 2024.

              _____
              Honorable John J. Tuchi
              United States District Judge